

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2014

No. 04-14-00101-CR

The **STATE** of Texas,
Appellant

v.

Irma Claudio **GARCIA**,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR8677
The Honorable Andrew Wyatt Carruthers, Judge Presiding

# O R D E R

The Appellee's motion for extension of time to file the brief is GRANTED.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2014.

Keith E. Hottle
Clerk of Court